**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MURPHY MEDICAL ASSOCIATES, LLC, et al.,

                Plaintiffs,                    23 **CIVIL** 6237 (DEH)

       -against-                           **JUDGMENT**

1199SEIU NATIONAL BENEFIT FUND,

                Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons
set forth in the Court's Memorandum Opinion and Order dated June 12, 2024, Defendant's
motion to dismiss Plaintiffs' Amended Complaint is GRANTED. Given Plaintiffs' failure to cure
deficiencies already identified by the Court, their Amended Complaint is now dismissed with
prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
        June 12, 2024

                                **RUBY J. KRAJICK**
                              _____
                                 **Clerk of Court**

           **BY:**     K. mango

                              _____
                                 **Deputy Clerk**